# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

KAREN MARIA AMPIE,

                Petitioner,

        v.

FERETI SEMAIA, *et al.*,

                Respondents.

Case No. 2:26-cv-05920-DMK

**ORDER GRANTING UNOPPOSED HABEAS PETITION**

Petitioner Karen Maria Ampie is a citizen of Nicaragua who was previously released under conditional humanitarian parole as of November 26, 2022, and has been detained in the custody of Immigration and Customs Enforcement (ICE) since appearing at a scheduled check-in with ICE on April 16, 2026.  ECF 1 at 2.  Since being detained, she has not received any bond hearing or custody determination before an immigration judge.  *Id.*  Petitioner remains in ongoing removal proceedings, with no final order of removal.  *Id.*

Through a counseled habeas petition, Petitioner alleges that her detention violates her rights to procedural and substantive due process under the Fifth Amendment.  *Id.* at 31-32.  In their answer to the petition, Respondents state that

they "are not presenting an opposition argument at this time." ECF 9 at 2. The Court thus construes the petition as unopposed.

So construed, the petition under 28 U.S.C. § 2241 is **GRANTED**. Petitioner Karen Maria Ampie (A246 400 428) is hereby **ORDERED RELEASED** from ICE custody immediately on conditions of release no more restrictive than those in effect when he was most recently detained. Judgment will be entered accordingly.

IT IS SO ORDERED.

DATED: June 10, 2026

_____
HONORABLE DIANA M. KWOK
UNITED STATES MAGISTRATE JUDGE

2