**JS-6**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

KAREN MARIA AMPIE,

               Petitioner,

       v.

FERETI SEMAIA, *et al.*,

               Respondents.

Case No. 2:26-cv-05920-DMK

**JUDGMENT**

IT IS HEREBY ADJUDGED that the Petition is GRANTED.

Respondents shall immediately release Petitioner Karen Maria Ampie (A246 400 428) from custody on conditions of release no more restrictive than those in effect when she was most recently detained, and immediately return any confiscated property and documents to Petitioner upon release.

Respondents shall file a notice of compliance by June 15, 2026.

DATED: June 10, 2026

_____
HONORABLE DIANA M. KWOK
UNITED STATES MAGISTRATE JUDGE